## S89A0515. HARPER v. EVANS et al.
(387 SE2d 894)

SMITH, Justice.

This Court finds the issues raised in this appeal to be moot. It is therefore dismissed.

*Case dismissed. All the Justices concur.*

DECIDED NOVEMBER 30, 1989.

James Shivers Harper, *pro se.*

*Michael J. Bowers, Attorney General, Daryl A. Robinson, Senior Assistant Attorney General, Neal B. Childers, Assistant Attorney General,* for appellees.